STATE of Rhode Island

v.

Christopher GOLEMBEWSKI

No. 00–423–C.A.

Supreme Court of Rhode Island.

Feb. 21, 2002.

Aaron L. Weisman, Providence.

Thomas Dickinson, Providence.

### ORDER

The state's petition for reargument is granted.